UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

West 3rd Holdings LLC d/b/a Il Giglio,

Debtor.

: CHAPTER 11
: BANKRUPTCY NO. 26-

## RESOLUTION AUTHORIZING THE FILING OF A PETITION FOR REORGANIZATION UNDER TITLE 11 OF THE UNITED STATES CODE

WHEREAS, West 3rd Holdings LLC d/b/a Il Giglio, a Pennsylvania limited liability company (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize, and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

THEREFORE, be it resolved the Company is authorized to file a petition for reorganization under the acts of Congress relating to Bankruptcy.

RESOLVED, that Lydia Katzoff, Managing Member and owner of 100% of the membership interests of the Company, is hereby authorized to execute the petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

West 3rd Holdings LLC d/b/a Il Giglio

By: _____
Name: Lydia Katzoff
Title: Managing Member