**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re ___West 3rd Holdings LLC___

Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___1·27·26___

Lydia Katzoff/
Signer/Title

355 Greenwich LLC
c/o Walter & Samuels, Inc
500 8th Avenue
Suite 601
New York, NY 10018


ACE Endico
80 International Blvd
Brewster, NY 10509


Auto-Chlor System
685 Gotham Parkway
Carlstadt, NJ 07072


Baldor Specialty Foods, Inc.
155 Food Center Drive
Bronx, NY 10474


C&J Prime Meats
59-07 Roosevelt Ave
Woodside, NY 11377


Con Edison
PO Box 1701
New York, NY 10116


Cozzini Bros, Inc.
8430 W. Bryn Mawr Ave
Suite 800
Chicago, IL 60631


FLM Radicchio King, Inc.
131 Oakpoint Ave
Bronx, NY 10474

Golden Meat Co.
355 Food Center Drive
Location D22
Bronx, NY 10474


Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045


Marks & Klein, LLC
331 Newman Springs Road
Bldg 1, Suite 143
Red Bank, NJ 07701


Pat La Frieda
3701 Tonnelle Avenue
North Bergen, NJ 07047


Peter Weiss
c/o Phillip Wartell, Esquire
Rose & Rose
291 Broadway, 13th Floor
New York, NY 10007


Seatide Wholesale LLC
800 Food Center Drive
Unit #125
Bronx, NY 10474


T Edward Wines
66 West Broadway Street
Suite 201
New York, NY 10007


Teitel Bros
2372 Arthur Avenue
Bronx, NY 10458

The Hartford
PO Box 660916
Dallas, TX 75266


Toast Inc.
333 Summer Street
Boston, MA 02210


Union Beer
1213-17 Grand Street
Brooklyn, NY 11211


Vinyard Brands
118 East 28th
Suite 601
New York, NY 10116


Walter & Samuel, Inc.
419 Park Ave South 15th Floor
New York, NY 10016