| Fill in this information to identify the case: | |
|---|---|
| Debtor name | West 3rd Holdings LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 355 Greenwich LLC c/o Walter & Samuels, Inc 500 8th Avenue Suite 601 New York, NY 10018 | | landlord | | | | $450,000.00 |
| ACE Endico 80 International Blvd Brewster, NY 10509 | | | | | | $10,763.38 |
| Auto-Chlor System 685 Gotham Parkway Carlstadt, NJ 07072 | | | | | | $3,384.34 |
| Baldor Specialty Foods, Inc. 155 Food Center Drive Bronx, NY 10474 | | | | | | $13,990.96 |
| C&J Prime Meats 59-07 Roosevelt Ave Woodside, NY 11377 | | | | | | $1,788.22 |
| Con Edison PO Box 1701 New York, NY 10116 | | utilities | | | | $81,039.10 |
| Cozzini Bros, Inc. 8430 W. Bryn Mawr Ave Suite 800 Chicago, IL 60631 | | | | | | $2,135.79 |
| FLM Radicchio King, Inc. 131 Oakpoint Ave Bronx, NY 10474 | | | | | | $6,908.25 |

Debtor  West 3rd Holdings LLC          Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Golden Meat Co. 355 Food Center Drive Location D22 Bronx, NY 10474 | | | | | | $31,034.81 |
| Hanover Insurance PO Box 580045 Charlotte, NC 28258-0045 | | | | | | $12,051.00 |
| Marks & Klein, LLC 331 Newman Springs Road Bldg 1, Suite 143 Red Bank, NJ 07701 | | | | | | $245,215.22 |
| Pat La Frieda 3701 Tonnelle Avenue North Bergen, NJ 07047 | | | | | | $4,789.70 |
| Seaside Wholesale LLC 800 Food Center Drive Unit #125 Bronx, NY 10474 | | | | | | $15,335.31 |
| T Edward Wines 66 West Broadway Street Suite 201 New York, NY 10007 | | | | | | $2,504.68 |
| Teitel Bros 2372 Arthur Avenue Bronx, NY 10458 | | | | | | $4,145.85 |
| The Hartford PO Box 660916 Dallas, TX 75266 | | | | | | $6,513.68 |
| Toast Inc. 333 Summer Street Boston, MA 02210 | | | | | | $102,214.00 |
| Union Beer 1213-17 Grand Street Brooklyn, NY 11211 | | | | | | $2,485.26 |
| Vinyard Brands 118 East 28th Suite 601 New York, NY 10116 | | | | | | $3,660.44 |